Case 1:07-cv-00021-CCC-AM   Document 31   Filed 08/07/07   Page 1 of 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK BANKS,** | : | **CIVIL ACTION NO. 1:07-CV-0021** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **GREEN, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 7th day of August, 2007, upon consideration of plaintiff's motion for reconsideration (Doc. 17) of the court's order directing defendants not to address plaintiff's habeas corpus challenge to his confinement in the United States Penitentiary at Canaan in Waymart, Pennsylvania (Doc. 12), and plaintiff having notified the court of a change of address to the Federal Correctional Complex in Yazoo City, Mississippi (Doc. 18), it is hereby ORDERED that the motion for reconsideration (Doc. 17) is DENIED as moot.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge