### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK BANKS,** | : | **CIVIL ACTION NO. 1:07-CV-0021** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **GREEN, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### <u>ORDER</u>

AND NOW, this 16th day of January, 2008, upon consideration of plaintiff's

motion for reconsideration (Doc. 35) of the court's memorandum and order of

December 11, 2007, granting defendants' motion to dismiss the complaint (Doc. 34),

it is hereby ORDERED that the motion (Doc. 35) is DENIED as untimely.[1]


　　　　　　　　　　　　　　 S/ Christopher C. Conner
　　　　　　　　　　　　　　 CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　 United States District Judge

---

[1] Pursuant to Middle District Local Rule 7.10, "Any motion for
reconsideration or reargument shall be filed within ten (10) days after the entry of
judgment, order or decree concerned."